IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FARIDA RAHMAN,

        Plaintiff,

v.

LISA S. GELB, J.,

        Defendant.

3:22-CV-890
(JUDGE MARIANI)

FILED
SCRANTON
NOV 14 2022

PER _____
DEPUTY CLERK

### ORDER

AND NOW, THIS 14th DAY OF NOVEMBER, 2022, upon *de novo* review of Magistrate Judge Karoline Mehalchick's Report & Recommendation ("R&R") (Doc. 9), Plaintiff's Objections thereto (Doc. 10), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Objections (Doc.10) are **OVERRULED**.[1]

3. The above-captioned action is **REMANDED** to the Court of Common Pleas of Luzerne County.

4. The Clerk of Court is directed to **CLOSE** the federal action.

---

[1] Plaintiff's Objections assert that the present action is for the violation of her rights under 42 U.S.C. § 1983 and that the state court does not have jurisdiction over such claims. (*See* Doc. 10). Plaintiff's Objections further include a proposed Complaint as an exhibit. (Doc. 10-1; *see also*, Doc. 10-2). Nonetheless, this Complaint was not properly filed of record and follows the improper removal by Plaintiff of her own action to federal court. As a result, this Court, for the reasons set forth by Judge Mehalchick, is without subject matter jurisdiction over Plaintiff's action at this time.

5. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Luzerne County.

_____
Robert D. Mariani
United States District Court Judge